United States District Court
Southern District of Texas
**ENTERED**
October 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KENNETH JAMES DURHAM; aka OF L.E.D., AN INJURED MINOR, *et al*, <br><br>  Plaintiffs, <br> VS. <br><br> ALESANDRO TRUCKING CO., *et al*, <br><br>  Defendants. | § § § § § § § § § § § <br><br> CIVIL ACTION NO. 2:19-CV-76 |

## FINAL JUDGMENT

Pursuant to the Court's order on the parties' agreed motion to dismiss (D.E. 14), the Court enters this final judgment dismissing the above-entitled action with prejudice.

SIGNED and ORDERED this 30th day of October, 2019.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE